IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM Z. ABDULLAH,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH KERN STATE PRISON MEDICAL STAFF; CSP-SACRAMENTO MEDICAL STAFF; and CSP-SOLANO MEDICAL STAFF,<br><br>    Defendants. | No. C 06-6373 WHA (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at North Kern State Prison, CSP-Sacramento, and CSP-Solano, all of which are prisons within the venue of the United States District Court for the Eastern District of California. The medical staffs of these prisons are of course also in the Eastern District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: October 25, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.06\ABDULLAH373.TRN